IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CYNTHIA LORRAINE SHEELEY                                            PLAINTIFF

V.                                      NO. 11-2004

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                 DEFENDANT

## J U D G M E N T

For reasons stated in the Memorandum Opinion of this date, the Court hereby reverses

the decision of the ALJ and remands this case to the Commissioner for further proceedings

consistent with the opinion, pursuant to sentence four of 42 U.S.C. §405(g).  **The parties have**

**sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 10th day of February, 2012.


/s/ Erin L.   Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)